IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                Plaintiff,                Case No. 00-00812

v.

STEVEN S. SARGOL

                Defendant.

**PLAINTIFF'S APPLICATION FOR ORDER RENEWING JUDGMENT LIEN**

Pursuant to the Declaration of James E.P. Sisto in Support of Application for Ordering Renewing Judgment Lien, judgment creditor, United States of America, pursuant to 28 USC § 3201 (c) hereby applies for an order renewing the judicial lien recorded on March 25, 2004 in the District of Columbia. Document No.2004040923. The aforementioned lien arises from a judgment against the above entitled defendant/judgment debtor Steven S. Sargol, entered on June 30, 2000, for an additional period of Twenty (20) years.

Dated: 4/3/24

By: /s/- *James E.P. Sisto*
James E.P. Sisto (0020089)
Attorney for Plaintiff
United States of America
Schuerger Law Group
Private Counsel - U.S. Department of Justice
1001 Kingsmill Parkway
Columbus, Ohio 43229
(614) 674-6901
jsisto@schuergerlaw.com
efiling@schuergerlaw.com