UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
    Plaintiff, : Case No.: 1:00cv00812-AER
:
v. :
:
STEVEN S. SARGOL, :   **FILED**
:
    Defendant. :   JUN 2 9 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER GRANTING DEFAULT JUDGMENT

    Upon consideration of the unopposed application of the United States of America for a default judgment, including attorney's fees and other expenses, the Court will grant the default judgment requested. Based on the matters set forth in the application and attachments thereto and the documents in the case file, the Court further concludes that the request of the United States for attorney's fees and the awarding of other costs is reasonable.

    Accordingly, it is this the _29th_ day of _June_, 2000, ORDERED THAT:

    1.    A default judgment be and it hereby is entered in favor of the United States of America against STEVEN S. SARGOL in the amount of $2310.26 plus accrued interest of $1,566.62, and other costs and allowable expenses for a total judgment of $3876.88 with interest on $1,566.62 from 07/29/99, at 10.000% per annum to the date of judgment, plus interest on $3876.88 at the legal rate of _6.375_% pursuant to 28 U.S.C. §1961 until paid, plus attorney's fees of $1,221.22, and plus collection costs of $185.50 (the filing fee of $150.00 plus private process server fees of $35.50).

    2. The United States is further awarded the cost of private process server fees incurred in



EXHIBIT 1

serving post-judgment executions and discovery. The Clerk shall tax them as costs.

    3. The Defendant is encouraged to contact counsel for the United States to make voluntary payment arrangements.

*Norma Holloway Johnson*
UNITED STATES DISTRICT JUDGE

Copies to:

Thomas A. Mauro, Esq.
1050 17th Street, N.W., Suite 1200
Washington, D.C. 20036

and

Steven S. Sargol
1616 18th St Nw
Apt 702
Washington, DC 20009

EXHIBIT 1

1:00CV00812 NHJ

## ABSTRACT OF JUDGMENT
## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Name and address of Parties against whom judgments have been obtained | | Names of Parties in whose favor judgments have been obtained |
|---|---|---|
| STEVEN S. SARGOL<br>1616 18th St NW<br>Apt. 1003<br>WASHINGTON DC, 20009<br><br>SSN 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 | | UNITED STATES OF AMERICA |
| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
| $3,716.98 | THOMAS A. MAURO & ASSOC., P.C.<br>1050 17TH STREET, NW<br>SUITE 1200<br>WASHINGTON, DC  20036-5576 | 6/30/00 Dan |

UNITED STATES OF AMERICA CLERK'S OFFICE      UNITED STATES DISTRICT COURT
                                             FOR THE DISTRICT OF COLUMBIA
SS.
   I CERTIFY, That the foregoing is a correct **Abstract of the Judgment**
   entered or registered by this Court.

                        Dated: August 8, 2001

                        Nancy Mayer-Whittington,
                        Court Administrator\Clerk of the Court


                        By _____,
                           Deputy Clerk


EXHIBIT 2

Please record and return to:
Thomas A Mauro & Associates P.C.
1667 K Street, N.W. , Suite 1100
Washington, DC 20006

Doc# 2004040923
Book:
Page:
Filed & Recorded
03/25/2004 10:33:00 AM
LARRY TODD
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
RECORDING $ 20.00
SURCHARGE $ 6.50

Document Type: JUDGMENT
Document Number: 2004040923
Recorded Date: 03/25/2004 10:33:00 AM
Book Type: GENERAL
Roll / Frame:
Number of Pages: 2

## Name Information

### Grantor:

UNITED STATES OF AMERICA

### Grantee:

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
SARGOL STEVEN S

## Legal Description

### Legal Description:

EXHIBIT 2